UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICKEL ROACH,<br><br>    Plaintiff,<br><br>v.<br><br>MIDVALE INDEMNITY COMPANY,<br><br>    Defendant. | Case No.: 2:21-cv-01793-GMN-NJK<br><br>**Order** |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case.  Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c).  Both parties failed to file a certificate of interested parties.  Accordingly, each party must file a certificate of interested parties no later than October 13, 2021.

IT IS SO ORDERED.

Dated: October 6, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE