# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICKEL ROACH,<br><br>        Plaintiff,<br><br>v.<br><br>MIDVALE INDEMNITY COMPANY, et al.,<br><br>        Defendants. | Case No.: 2:21-cv-01793-GMN-NJK<br><br>**Order**<br><br>[Docket No. 9] |

Pending before the Court is the parties' proposed discovery plan, in which the parties seek a discovery period greater than the presumptively reasonable 180 days. Docket No. 9. Requests for special scheduling review must include "a statement on the reasons why longer or different time periods should apply to the case…" Local Rule 26-1(a). The parties attempt to justify their request for a 339-day discovery period by stating that the underlying claims might require subpoenaing documents from a number of state agencies and potentially conducting depositions. Docket No. 9 at 2-3.

The parties fail to provide meaningful discussion as to why this case requires a discovery period significantly longer than the presumptively reasonable discovery period. Without further elaboration, the Court is not persuaded that the requested discovery period is reasonable in this case. Accordingly, the discovery plan is **DENIED** without prejudice. The parties must file an amended discovery plan no later than November 15, 2021.

IT IS SO ORDERED.

Dated: November 8, 2021

_____
Nancy J. Koppe
United States Magistrate Judge