# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICKEL ROACH,

    Plaintiff,

v.

MIDVALE INDEMNITY COMPANY, et al.,

    Defendants.

Case No.: 2:21-cv-01793-GMN-NJK

**Order**

[Docket No. 11]

    Pending before the Court is the parties' proposed discovery plan, in which the parties seek a discovery period greater than the presumptively reasonable 180 days from September 28, 2021, the date this case was removed to this Court.  Docket No. 11.  Requests for special scheduling review must include "a statement on the reasons why longer or different time periods should apply to the case…" Local Rule 26-1(a).  The parties attempt to justify their request for a 254-day discovery period by stating that the underlying claims might require subpoenaing documents from a number of state agencies and potentially conducting depositions.  Docket No. 11 at 2-3.

    The parties fail to provide meaningful discussion as to why this case requires a discovery period significantly longer than the presumptively reasonable discovery period.  Without further elaboration, the Court is not persuaded that the requested discovery period is reasonable in this case. Accordingly, the discovery plan is **DENIED** without prejudice.  Docket No. 11.  The parties must file an amended discovery plan no later than November 22, 2021.

    IT IS SO ORDERED.

    Dated: November 16, 2021

                                        Nancy J. Koppe
                                        United States Magistrate Judge