# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICKEL ROACH,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>MIDVALE INDEMNITY COMPANY,<br><br>　　　　Defendant(s). | Case No. 2:21-cv-01793-GMN-NJK<br><br>**Scheduling Order**<br><br>[Docket Nos. 13, 14] |

Pending before the Court are the parties' competing discovery plans. Docket Nos. 13, 14.[1] Defendant proposes an extended discovery period based largely on the voluminous third-party discovery anticipated.  *See* Docket No. 13 at 2-5.  For good cause shown, the Court will allow the extended discovery period Defendant seeks.  Accordingly, Defendant's discovery plan is **GRANTED** and Plaintiff's discovery plan is **DENIED**.

Deadlines are hereby **SET** as follows:

- Initial disclosures:  November 23, 2021
- Amend pleadings/ add parties:  March 11, 2022
- Initial experts:  April 8, 2022
- Rebuttal experts:  May 10, 2022
- Discovery cutoff:  June 9, 2022
- Dispositive motions:  July 11, 2022

---

[1] In violation of the local rules, the parties submitted their competing positions in separate discovery plans.  *But see* Local Rule 26-1(a).  Moreover, Plaintiff's discovery plan was filed after the deadline the Court imposed.  *See* Docket No. 12.  In an effort to move this case forward, the Court will issue a scheduling order based on the submissions made.  Moving forward, however, the parties must strictly comply with the governing rules and any orders issued in this case.

1

- Joint proposed pretrial order: August 10, 2022, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: November 23, 2021

                                                                                                 Nancy J. Koppe
                                                                                                  United States Magistrate Judge